**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>Maria E. Santos<br>　　　Debtor<br><br>Belco Community Credit Union,<br>　　　Movant<br><br>　　　v.<br><br>Maria E. Santos,<br>　　　Debtor/Respondent<br><br>　　　v.<br><br>Robert H. Holber, Trustee<br>　　　Trustee/Respondent | CHAPTER 7<br><br><br><br><br><br>CASE NO. 24-12484-pmm |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** *that* the attorney set forth below hereby appears as counsel for Belco Community Credit Union, pursuant to 11 U.S.C. §1109(b), 9010 of the Federal Rules of Bankruptcy Procedure, and 9010-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania. Kindly enter my appearance and index the same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　MARTSON LAW OFFICES

Date: July 26, 2024　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　David W. Park, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 315905
　　　　　　　　　　　　　　　　　　　　10 East High Street
　　　　　　　　　　　　　　　　　　　　Carlisle, PA 17013
　　　　　　　　　　　　　　　　　　　　Telephone: (717) 243-3341
　　　　　　　　　　　　　　　　　　　　Fax: (717) 243-1850
　　　　　　　　　　　　　　　　　　　　E-mail:  dpark@martsonlaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Belco Community Credit Union