Certificate Number: 05781-PAE-DE-038996936

Bankruptcy Case Number: 24-12484



05781-PAE-DE-038996936

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2024, at 6:06 o'clock AM PDT, Maria Santos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 24, 2024             By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President